UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: **PATSY LOU CAMPBELL aka PATSY L. GILLEN AKA PATSY L HAYES**

Case No. 10-37469-EPK
Chapter 7

_____ Debtor _____ /

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

\_\_\_\_\_ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

\_\_\_\_\_ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

✓ Copies of all payment advices **are not** attached because the debtor:
 \_\_ receives disability payments
 \_\_ is unemployed and does not receive unemployment compensation
 ✓ receives Social Security payments
 \_\_ receives a pension
 \_\_ does not work outside the home
 \_\_ is self employed and does not receive payment advices

\_\_\_\_\_ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

U.S. BANKRUPTCY COURT
SO DISTRICT OF FLORIDA - WPB
SEP 17 2010
FILED ___ RECEIVED ___

**Joint Debtor (if applicable):**

\_\_\_\_\_ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

\_\_\_\_\_ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
  ___ receives disability payments
  ___ is unemployed and does not receive unemployment compensation
  ___ receives Social Security payments
  ___ receives a pension
  ___ does not work outside the home
  ___ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_Patsy L. Campbell_                                    Date: 9-16-2010
Signature of Attorney or Debtor

_____                         Date: _____
Signature of Joint Debtor, if applicable


LF-10 (rev. 12/01/09)                Page 2 of 2